**John B. ADRAIN, Plaintiff–Appellant,**

v.

**HYPERTECH, INC., Defendant–Appellee.**

**No. 02–1514.**

United States Court of Appeals,
Federal Circuit.

DECIDED: Sept. 10, 2002.

**ORDER**

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Patrick S. CRUISE, Petitioner,**

v.

**DEPARTMENT OF THE TREASURY, Respondent.**

**No. 02–3188.**

United States Court of Appeals,
Federal Circuit.

DECIDED: Sept. 12, 2002.

Order Vacated, See 2002 Wl 3149797.

*ORDER*

Patrick S. Cruise, having failed to file a Fed. Cir. R. 15(c) form in accordance with the court's August 19, 2002 order,

IT IS ORDERED THAT:

(1) The petition for review is dismissed.

(2) Cruise's motion for an extension of time is moot.

(3) Each side shall bear its own costs.